# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> DAVID TRAUB, ) <br> ) <br> *Defendant*. ) <br> ) | Case No. 1:25-cr-25 |

## CONSENT MOTION TO SET COUNT TWO FOR TRIAL

The United States of America, by and through its undersigned counsel, hereby moves to set for trial the charge set forth in Count Two of the Indictment and set a related briefing schedule. In support thereof, the government states the following:

1. This case was set for a jury trial on July 8, 2025. Defense counsel advised government counsel that his client did not intend to proceed to trial and instead intended to change his plea to guilty.

2. On July 1, 2025, the defendant plead guilty to Count One of the Indictment. The case is set for sentencing on October 22, 2025. The defendant then intends to file a motion to dismiss Count Two. The government will oppose that motion.

3. The government moves to set Count Two for trial on December 2, 2025. It anticipates that the trial will take no more than one day. Defense counsel is available on December 2, 2025, and does not oppose the government's request to set the matter for trial.

4. It further asks the Court to set a briefing schedule for the defendant's post-sentencing briefing as follows:

      a. Defendant's Opening Brief due on **October 29, 2025**

      b. Government's Response Brief due on **November 5, 2025**

      c. Defendant's Reply Brief due on **November 12, 2025**

5. Based on the defendant's waiver of his Speedy Trial rights on July 1, 2025, *see* ECF No. 27, the government asks that the Court exclude time through and including December 12, 2025 because the interests of justice are served by the continuance.

                              Respectfully submitted,

                              Mary M. Cleary
                              Acting United States Attorney

By:         /s/
       Laura D. Withers
       Assistant United States Attorney
       Office of the United States Attorney
       2100 Jamieson Avenue
       Alexandria, Virginia 22314
       (703) 299-3700
       Laura.withers@usdoj.gov